

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

October 7, 2020

U.S. District Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Mercer v. Bay Watch Resort and Marina, LLC*, **Case No.: 1:20-cv-7069-LTS**

Dear Judge Swain:

      This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. We are pleased to inform Your Honor that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that is intended to be reviewed by the parties for execution. Respectfully, we are requesting together with counsel for the Defendant, a stay of all deadlines and conferences, for thirty (30) days so that the parties can finalize the settlement agreement.

      We thank the Court for your time and consideration in this matter.

                                    Respectfully submitted,

                                    BASHIAN & PAPANTONIOU, P.C.

                                  */s/ Erik M. Bashian*
                                  _____
                                  Erik M. Bashian, Esq.

cc:    Jennifer Arditi, Esq. *(via email only)*