

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

November 6, 2020

U.S. Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

      Re:    *Mercer v. Bay Watch Resort and Marina, LLC*, **Case No.: 1:20-cv-7069-LTS**

Dear Magistrate Judge Lehrburger:

    This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled and a settlement agreement has been drafted and provided to counsel for the Defendant. Currently, Plaintiff is waiting to receive comments to the agreement from Defendant's counsel. Respectfully, we are requesting together with counsel for the Defendant, an additional stay of all deadlines and conferences, for thirty (30) days so that the parties can finalize the settlement agreement.

    We thank the Court for your time and consideration in this matter.

                                  Respectfully submitted,

                                  BASHIAN & PAPANTONIOU, P.C.

                                  */s/ Erik M. Bashian*
                                  _____
                                  Erik M. Bashian, Esq.

cc:    Jennifer Arditi, Esq. *(via email only)*