**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

| | |
|---|---|
| STACEY MERCER<br>*an individual*,<br>        Plaintiff,<br><br>        v.<br><br>BAY WATCH RESORT AND MARINA, LLC,<br>*a New York limited liability company*,<br><br>        Defendant. | CASE NO.: 1:20-cv-7069-LTS<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

-----------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff STACEY MERCER by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to defendant BAY WATCH RESORT AND MARINA, LLC.

DATED: Garden City, New York
           October 20, 2020

                                                            Respectfully submitted,
                                                            **Bashian & Papantoniou, P.C.**
                                                            *Attorneys for Plaintiff*
                                                            500 Old Country Road, Ste. 302
                                                            Garden City, NY 11530
                                                            Tel:    (516) 279-1554
                                                            Fax:   (516) 213-0339
                                                            *By: /s/ Erik M. Bashian*
                                                            **ERIK M. BASHIAN, ESQ.**
                                                            eb@bashpaplaw.com